UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
REASSURE AMERICA LIFE INSURANCE, ) No. C05-0792L
COMPANY, )
  )
            Plaintiff, )
      v. ) ORDER STRIKING AGREED
  ) MOTION FOR DISBURSEMENT
ANNE WICKER, *et al.*, ) OF FUNDS
  )
            Defendants. )
_____)

On July 28, 2005, the parties submitted an "Agreed Order for Disbursement of Funds and Dismissal" (Dkt. # 9) in the above-captioned matter. The form of the agreed order does not comply with Local Civil Rule 6(b), however, and counsel for defendants Elizabeth Zollars-Wicker and Monica Zollars was notified of the more obvious deficiencies.

The agreed order is hereby STRICKEN and the Court will take no further action regarding Dkt. # 9. The parties shall, within thirty days of the date of this Order, submit an agreed motion for disbursement of funds from the registry of the Court that complies with all of the requirements of Local Civil Rule 6(b). If counsel have any questions regarding the proper form of the order, they should contact the Court's finance department at (206) 370-8416.

DATED this 22nd day of August, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER STRIKING AGREED MOTION
FOR DISBURSEMENT OF FUNDS